■ In the Matter of ALL CARE REGISTRY, INC., Appellant. THOMAS F. HARTNETT, as Commissioner of Labor, Respondent. —Appeal from a decision of the Unemployment Insurance Appeal Board, filed February 23, 1988, which assessed the employer for additional unemployment insurance contributions.

Decision affirmed, without costs *(see, Matter of Nurse Care Registry [Hartnett],* 154 AD2d 804, *lv denied* 76 NY2d 701). Mahoney, P. J., Kane, Casey, Weiss and Mikoll, JJ., concur.